■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOSES JAMES, Appellant. [742 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered December 16, 1999, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's summation constituted reversible error is unpreserved for appellate review (*see People v Dien,* 77 NY2d 885, 886). In any event, the prosecutor's remarks were either fair response to defense counsel's summation (*see People v Stanley,* 191 AD2d 732) or were harmless in light of the overwhelming proof of the defendant's guilt (*see People v Crimmins,* 36 NY2d 230). O'Brien, J.P., Friedmann, Schmidt and Townes, JJ., concur.